# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-4887

———————————————————

THOMAS J. FELTEN and JUDY J.
FELTEN,

    Appellants,

    v.

BANK OF THE WEST,

    Appellee.

———————————————————

On appeal from the Circuit Court for Leon County.
Terry Lewis, Judge.

December 21, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Patrick R. Frank and Keisha D. Rice of Frank & Rice, P.A., Tallahassee, for Appellants.

Stacey S. Fisher of Sprechman & Fisher, P.A., Miami, for Appellee.